STATE v. EDWARDS

No. 465P01

Case below: 145 N.C. App. 205

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001. Alternative petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

STATE v. FERGUSON

No. 518P01

Case below: 145 N.C. App. 302

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

STATE v. FRYE

No. 511A93-3

Case below: Catawba County Superior Court

Motion by defendant for stay of execution denied 22 August 2001. Petition by defendant for writ of certiorari to review the order of the Superior Court, Catawba County, denied 22 August 2001.

STATE v. GREEN

No. 505P01

Case below: 145 N.C. App. 715

Motion by Attorney General for temporary stay allowed 10 September 2001 pending the determination of the State's petition for discretionary review. Petition by Attorney General for writ of supersedeas denied 4 October 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001. Temporary stay dissolved 4 October 2001.